UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 2:21-mj-00277-JHR |
| ) | |
| **BENJAMIN CONROY** ) | |
| ) | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves (check all that apply):

    ____   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _x_   Crime of violence (18 U.S.C. § 3156)

    ____   Maximum sentence life imprisonment or death

    ____   10+ year drug offense

    ____   Felony, with two prior convictions in above categories

    ____   Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

    ____   Felony that involves a failure to register under 18 U.S.C. § 2250

    ____   Serious risk defendant will flee

    ____   Serious risk of obstruction of justice

2. <u>Reasons for Detention</u>.

    (i)   <u>Temporary Detention</u>.   _____

    (ii) <u>Other Than Temporary Detention</u>.  The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

      x   Defendant's appearance as required

      x   Safety of any other person and the community

  3. <u>Rebuttable Presumption</u>.  The rebuttable presumption under 18 U.S.C. § 3142(e)(3)(E) applies in this case.

  4. <u>Date of Detention Hearing</u>.  The United States requests the Court to conduct the detention hearing:

   \_\_\_\_ At first appearance

     x   After continuance of 3 days (not more than 3).

  5. <u>Length of Detention Hearing</u>.  The United States estimates that it will require 1 hour to present its case for detention.

  6. <u>Other Matters</u>.  _____

Dated in Portland, Maine this 27th day of October, 2021.

              DARCIE N. MCELWEE
              UNITED STATES ATTORNEY

                */s/ Sheila W. Sawyer*
              Sheila W. Sawyer
              Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed this Motion for Detention with the Clerk of Court using the CM/ECF system.

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

/s/ Sheila W. Sawyer
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
sheila.sawyer2@usdoj.gov